1   Larry Klayman, Esq.
    FL. Bar No. 246220
2   7050 W Palmetto Park Rd.
3   Suite 15-287
    Boca Raton, FL 33433
4
    Attorney for Plaintiff*
5   * not admitted in California



6

7                  **UNITED STATES DISTRICT COURT**
8                  **SOUTHERN DISTRICT OF CALIFORNIA**

9

10  DENNIS MONTGOMERY,

11            Plaintiff,          Case No. :   **15 CV 2035 AJB JLB**
          v.
12
    JAMES RISEN, ET. AL.          [Pending in the Southern District of
13                                Florida, Case 15-20782-CIV]
              Defendant.
14                                NOTICE OF MOTION AND EXPEDITED
15                                MOTION TO COMPEL COMPLIANCE
                                  WITH SUBPOENA TO MICHAEL FLYNN
16
                                  Hearing Date:
17                                Time:
18                                Judge:
                                  Courtroom:
19

20

21        NOTICE is hereby given of the filing of this motion by Plaintiff Dennis Montgomery

22  ("Plaintiff"), pursuant to Rule 45, Fed.R.Civ.P.  This motion seeks to compel third party Michael

23  Flynn ("Flynn") to appear for deposition and produce documents requested in the Subpoena to

24  Testify at a Deposition In a Civil Action issued on August 26, 2015.  Plaintiff respectfully

25  requests that this motion be transferred to the Southern District of Florida pursuant to

26
    Fed.R.Civ.P Rule 45.  Plaintiff further respectfully requests that Flynn be ordered to sit for a
27
    deposition and to produce the requested documents within five days from the Court's order.
28

Plaintiff also requests that he be awarded his reasonable attorneys' fees and costs incurred in connection with this Motion in the amount of at least $2,000.00.

This motion is made following the conference of counsel pursuant to Local Rule 7-3. Plaintiff's counsel sought to contact deponent Flynn and telephoned him multiple times, however Plaintiff's counsel has not received any responses from Mr. Flynn.

**Plaintiff respectfully requests expedited handling of this motion.**

Dated: September 10, 2015

Respectfully submitted,

Larry Klayman

Attorney for Plaintiff*

* Admitted in Florida, not in California

MOTION TO COMPEL COMPLIANCE

## MEMORANDUM IN SUPPORT OF EXPEDITED MOTION TO COMPEL

This is a case brought on because of defamatory statements made by Defendants against Plaintiff Dennis Montgomery. *See* Exhibit 1 – Complaint. Defendants published a physical book "Pay Any Price: Greed, Power and Endless War" (referred to as "the Book" or "Book") by author Defendant James Risen, Copyright (c) 2014 by Defendant James Risen, designated by the Library of Congress by its index system as ISBN 978-0-544-34141-8 (hardback edition).

The Book blames U.S. Government leaders and officials for mishandling the "war on terror" and over-reacting. Defendant Risen portrays the global threats as far smaller, less real, and less imminent than national leaders during the Bush Administration.

Yet in Chapter 2, Defendants abruptly shift the blame to a private individual, Dennis Montgomery. Defendant Risen swerves out of his lane to sideswipe Montgomery, so to speak, much too far to be accidental or a result of fair reporting.

At the heart of the case, the main (though not the only) defamation by the Defendants destructive of the Plaintiff's reputation and business prospects is their nationwide announcement of the Plaintiff as a fraud whose work, including software and technology, is a hoax.

Since the defamation has come out, the Plaintiff has not been able to get work, contracts, or business opportunities. The harm to the Plaintiff involves his loss of current and future employment, contract, and business opportunities. The relevant test is not where the Plaintiff has earned income in the past, as the Defendants mistakenly assume, but whether the defamation prevents him from earning income currently and in the future.

Defendants reported nationwide that Plaintiff Dennis Montgomery is a con-artist, a fraud, a hoax, and dishonest. Among other accusations, Defendants state that Plaintiff Montgomery

defrauded CIA Director George Tenet and the U.S. Government generally with regard to contracts with the Government, which published and accused Plaintiff Montgomery of having committed crimes under the False Claims Act, 31 U.S.C. §§ 3729 – 3733, and also common law and statutory fraud. The Defendants further accuse Dennis Montgomery of lying to the government which is a criminal violation of 18 U.S.C. § 1001. This is defamation *Per Se.*

Plaintiff filed suit against Defendants within the U.S. District Court for the Southern District of Florida. *Montgomery v. Risen*, No. 15-cv-20782 (S.D. Fla.).

Plaintiff's counsel issued a Subpoena to Testify at a Deposition In a Civil Action ("Subpoena") to Mr. Michael Flynn on August 26, 2015. Exhibit 2. This Subpoena was served on Mr. Flynn that same day, on August 26, 2015.

Undersigned counsel and his colleagues were privy to a telephone conversation on September 4, 2015, which constituted a meet and confer conference on trying to find deposition dates and were told by opposing counsel that Mr. Flynn has told opposing counsel that he had not been served with the Subpoena. This is false, as set forth in the attached affidavit, which will be supplemented by process server's affidavit when it is faxed.

Undersigned counsel has attempted to call Mr. Flynn at his office telephone and has not received any return call even after leaving voicemail messages for Mr. Flynn. Undersigned counsel had called to arrange convenient deposition times and in order to tell Mr. Flynn not to dispute service of process as he was properly served.

Further, on September 10, 2015, during a telephonic conference between the parties, Defendants' counsel advised Plaintiff's counsel that when they spoke with Mr. Flynn he told Defendants' counsel that he would be traveling. It is therefore clear that Mr. Flynn is seeking to avoid having to testify at the deposition and is going to great lengths to avoid it.

Not coincidentally, Mr. Flynn was an attorney for Plaintiff Montgomery, and was the one who released 20,00 pages of documents which included attorney-client privileged documents and attorney work product documents to Defendant Risen.  It is therefore not surprising that Mr. Flynn does not have the propensity to act ethically and truthfully.

<u>This Motion Should Be Transferred to the Southern District of Florida</u>

FRCP Rule 45 allows for this subpoena-related motion to be transferred.  Specifically, Rule 45(f) provides:

> Transferring a Subpoena-Related Motion. When the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances. Then, if the attorney for a person subject to a subpoena is authorized to practice in the court where the motion was made, the attorney may file papers and appear on the motion as an officer of the issuing court. To enforce its order, the issuing court may transfer the order to the court where the motion was made.

FRCP 45(f); *See also FTC v. A+ Fin. Ctr., LLC*, 2013 U.S. Dist. LEXIS 172472 (S.D. Ohio Dec. 5, 2013)("Rule 45, as amended, provides an explicit mechanism for transferring such motions to other courts when warranted by the circumstances.")

This motion arises out of a lawsuit pending before the U.S. District Court for the Southern District of Florida.  Plaintiff is a citizen of Florida, and the Defendant has an office located in Florida and has already hired Florida counsel who is representing it in these proceedings.

WHEREFORE, Plaintiff respectfully requests that Deponent Michael Flynn be ordered to appear at the deposition as set forth in the attached Subpoena.  Plaintiff further respectfully requests that this motion be transferred to the U.S. District Court for the Southern District of Florida, where this case originated.

1

Dated: September 11, 2015

2

Respectfully Submitted,

3

4

Larry Klayman, Esq.

5

FL Bar No. 246220

6

7050 W Palmetto Park Rd.

Suite 15-287

7

Boca Raton, FL 33433

8

Attorney for Plaintiff*

9

* Admitted in Florida, not in California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO COMPEL COMPLIANCE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of September, 2015, a true and correct copy of the foregoing was served via U.S. Mail upon the following:

**Michael Flynn**
6125 El Tordo
Rancho Sante Fe, CA 92067

**Sanford Lewis Bohrer**
**Brian Toth**
Holland & Knight, LLP
Suite 3000
701 Brickell Ave
Miami, FL 33131
Email: sbohrer@hklaw.com
Email: brian.toth@hklaw.com

**Laura R. Handman**
**Micah Ratner**
Davis Wright Tremaine LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington D.C. 20006-3401
Email: laurahandman@dwt.com
Email: MicahRatner@dwt.com

*Attorneys for Defendants*

_____
Larry Klayman, Esq.

MOTION TO COMPEL COMPLIANCE