

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dennis Montgomery<br><br>Plaintiff,<br><br>V.<br><br>James Risen, et al.<br><br>Defendant. | Civil No.   15-cv-2035-AJB-JLB<br><br>NOTICE OF NON-COMPLIANCE<br>WITH LOCAL RULE 5.4(a)<br>MANDATORY ELECTRONIC FILING |

**Document Submitted:** Civil Cover Sheet; Notice of Motion and Expedited Motion to Compel

**Filed by Attorney:** Larry Klayman

The document(s) listed above were not submitted electronically and therefore do not comply with Local Rule 5.4(a).

> L.R. 5.4(a) - Except as proscribed by local rule, order or procedure, the court has designated all cases to be assigned to the Electronic Filing System. Unless otherwise expressly provided in the Court's Electronic Case Filing administrative Policies and Procedures Manual, the Court's Local Rules, or in the exceptional circumstances preventing a registered user for filing electronically, as of November 1, 2006 all petitions, motions, memoranda of law, or other pleadings and documents required to be filed with the court by a registered user in connection with a case assigned to the Electronic Filing System shall be electronically filed.

A copy of this notice has been provided to counsel of record for this party.

**\*\*Counsel must register for CM/ECF on the court's web site, www.casd.uscourts.gov within 5 business days of receipt of this notice.**

Please take notice, further documents submitted that do not comply with this rule will be submitted to the Court on a discrepancy order.

**Date:**   9/11/15

John Morrill, Clerk of Court

By:  s/ A. Corsello

A. Corsello, Deputy