

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
Oct 01 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ danielles  DEPUTY

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE  /  ☐ U.S. MAGISTRATE JUDGE    Hon. Anthony J. Battaglia

| FROM: T. Hernandez, Deputy Clerk | RECEIVED DATE: September 21, 2015 |
|---|---|
| CASE NO. 15cv2035-AJB-JLB | DOC FILED BY: Larry Klayman, Esq. |
| CASE TITLE: Montgomery v. Risen et al | |
| DOCUMENT ENTITLED: Notice of Motion and Expedited Motion to Compel Compliance with Subpoena to Michael Flynn | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Supplemental documents require court order;

Civ.L. Rule 5.4 - Document not filed electronically. Notice of Noncompliance already issued

Counsel is also directed to obtain pro hac vice status

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

**Date Forwarded:   September 22, 2015**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☒ | The document is to be filed nunc pro tunc to date received. |
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:  October 1, 2015        CHAMBERS OF:  Hon. Anthony J. Battaglia

cc: All Parties              By:   AV