# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA



| Dennis Montgomery, | | Civil No. 3:15-cv-02035 |
|---|---|---|
| | **Plaintiff,** | |
| v. | | **PRO HAC VICE APPLICATION** |
| James Risen, et al., | | Plaintiff Dennis Montgomery |
| | **Defendant.** | Party Represented |

I, __Larry Klayman__ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Larry Klayman
Street address: 7050 W Palmetto Park Rd., Suite 15-287
City, State, ZIP: Boca Raton, FL 33433
Phone number: (310) 595-0800
Email: leklayman@gmail.com

That on __12-07-1977__ I was admitted to practice before __Supreme Court of Florida__
(Date) (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____ Date of Application _____
Application: ☐ Granted ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

| Naveed Mahboobian | (424) 272-1005 |
|---|---|
| (Name) | (Telephone) |

_____
(Firm)

| 1217 Wilshire Blvd., Unit 3043 | Santa Monica, CA | 90403 |
|---|---|---|
| (Street) | (City) | (Zip code) |

_____
(Signature of Applicant)

I hereby consent to the above designation.

_____
(Signature of Designee Attorney)

Supplement to Pro Hac Vice Application of Larry Klayman:

I have continually been a member in good standing in The Florida Bar and the District of Columbia Bar, since 1977 and 1980, respectively, and have never been suspended or disbarred. See attached certificates of good standing. My membership in the Pennsylvania Bar is currently administratively suspended because I have not completed all my continuing legal education requirements.



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## LARRY E. KLAYMAN

was on **DECEMBER 22, 1980** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **July 14, 2015**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida   )

County of Leon   )

In Re:   246220
Larry Elliot Klayman
2020 Pennsylvania Ave. N.W., #345
Washington, DC

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on December 7, 1977.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 15TH day of July, 2015.

Pam Gerard
Member Services & Records Manager
The Florida Bar

PG/CL:ksw1:R10