# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name:    **Montgomery v. Risen, et al.**          Case No.:   **15-cv-02035-AJB-JLB**

Hon. Jill L. Burkhardt    Ct. Deputy Roi-Ann Bressi    Rptr. Tape:

Plaintiff filed 291 pages in support of his motion papers filed in this case on 10/13/2015 (*see* ECF No. 6). By **10/16/2015**, Plaintiff shall provide paper courtesy copies to Judge Burkhardt's chambers as required by both Magistrate Judge Jill L. Burkhardt's Civil Chambers Rules and Section 2(e) of the Electronic Case Filing Administrative Policies and Procedures Manual for the United States District Court for the Southern District of California (both of which are available on the district court's web site).

Date:  October 15, 2015                                    Initials:  lc2