Naveed Mahboobian
CA Bar No. 279464
1217 Wilshire Blvd., # 3043
 Santa Monica, CA 90403
Tel:(424) 272-1005
Email: nmahboobian@gmail.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

DENNIS MONTGOMERY,

                 Plaintiff,

      v.

JAMES RISEN, ET. AL.

            Defendant.

Case No. : 3:15-cv-02035-AJB-JLB

[Pending in the Southern District of
 Florida, Case 15-20782-CIV]

**MOTION FOR RECONSIDERATION
OF MOTION TO COMPEL
COMPLIANCE WITH SUBPOENA TO
MICHAEL FLYNN, OR IN THE
ALTERNATIVE, EXPEDITED
OBJECTION TO MAGISTRATE
JUDGE'S ORDER OF OCTOBER 30,
2015**

Hearing Date: TBD
Time: TBD
Judge: TBD
Courtroom: TBD

### MOTION FOR RECONSIDERATION OF MOTION
### TO COMPEL COMPLIANCE WITH SUBPOENA TO MICHAEL FLYNN, OR IN THE
### ALTERNATIVE, EXPEDITED OBJECTION TO MAGISTRATE JUDGE'S ORDER
### OF OCTOBER 30, 2015

Plaintiff Dennis Montgomery hereby moves for reconsideration of the Order Denying

**MOTION FOR RECONSIDERATION OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA
TO MICHAEL FLYNN, OR IN THE ALTERNATIVE, EXPEDITED OBJECTION TO MAGISTRATE
JUDGE'S ORDER OF OCTOBER 30, 2015**

1   Plaintiff's Motion to Compel Compliance with Subpoena to Michael Flynn (Docket No. 9), or in

2   the alternative, respectfully objects to Magistrate's Order of October 30, 2015, pursuant to

3   Federal Rules of Civil Procedure ("FRCP") 59 and 72.

4          It appears as though the affidavit of the process server may have been overlooked due to

5   the circumstances surrounding the personal service of Mr. Flynn. Plaintiff had hired a Mr.

6   Brandon Berg of Signature Legal Services to personally serve Mr. Michael Flynn with the

7   Subpoena to Testify at a Deposition In a Civil Action issued on August 26, 2015.  When Mr.

8   Berg could not be reached, undersigned counsel submitted an affidavit due to the urgency of the

9   matter.  Mr. Berg was involved in an auto accident, that had prevented him from returning to

10  work and sending another copy of the affidavit of service.  Now that the affidavit of the process

11  server was obtained once Mr. Berg returned to work after his car accident, it must respectfully be

12  substituted for the affidavit of undersigned counsel.

13         Plaintiff stated in his original Motion to Compel that he would be supplementing the

14  Motion to Compel when he received a copy of the affidavit of service from the process server

15  (Docket No. 1). In the re-filed Motion to Compel (Docket No. 6) the affidavit of service had

16  been received and attached at the end of Exhibit 3.  Further, any and all witness fees were sent by

17  U.S. Mail to Mr. Flynn along with a copy of the subpoena immediately after Mr. Flynn was

18  personally served on August 27, 2015.

19         Finally, this Motion to Compel was filed within the Southern District of California given

20  Mr. Flynn's location in Rancho Santa Fe. Mr. Flynn is located outside of 100 miles of Los

21  Angeles, which is where the Central District of California is based.  For this reason, the Southern

22  District of California would be the Court which would have jurisdiction over Mr. Flynn

23  .

**MOTION FOR RECONSIDERATION OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO MICHAEL FLYNN, OR IN THE ALTERNATIVE, EXPEDITED OBJECTION TO MAGISTRATE JUDGE'S ORDER OF OCTOBER 30, 2015**

1
2
3
4
5
6
7

WHEREFORE, Plaintiff respectfully requests an order compelling Mr. Flynn's compliance with the deposition, as discovery in this case is set to close on November 19, 2015. In the alternative, Plaintiff respectfully objects to the Magistrate's Order of October 30, 2015, and requests that the issue be taken to the presiding District Court judge of this Court, on an expedited basis.

8    Dated: November 4, 2015
9
10
11                                          Respectfully Submitted,
12
13                                          */s/ Naveed Mahboobian*
                                            Naveed Mahboobian
14                                          CA Bar No. 279464
                                            1217 Wilshire Blvd., # 3043
15                                          Santa Monica, CA 90403
                                            Tel:(424) 272-1005
16                                          Email: nmahboobian@gmail.com
17
18
19
20
21
22
23
24
25
26
27
28

**MOTION FOR RECONSIDERATION OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO MICHAEL FLYNN, OR IN THE ALTERNATIVE, EXPEDITED OBJECTION TO MAGISTRATE JUDGE'S ORDER OF OCTOBER 30, 2015**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of November, 2015, a true and correct copy of the foregoing was served via U.S. Mail upon the following:

**Michael Flynn**
6125 El Tordo
Rancho Sante Fe, CA 92067


*/s/ Naveed Mahboobian*
Naveed Mahboobian

MOTION FOR RECONSIDERATION OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO MICHAEL FLYNN, OR IN THE ALTERNATIVE, EXPEDITED OBJECTION TO MAGISTRATE JUDGE'S ORDER OF OCTOBER 30, 2015